**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

SECDONIA TERRY
STERLING F TERRY

Debtor(s)

Case No.: 08 B 35741
Chapter: 13

Judge Jack B. Schmetterer

## ORDER MODIFYING THE AUTOMATIC STAY

**THIS CAUSE** coming to be heard on the motion of INDYMAC FEDERAL BANK FSB AKA INDYMAC BANK F.S.B, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**

(1)  Pursuant to 11 U.S.C. Section 362(d), that INDYMAC FEDERAL BANK FSB AKA INDYMAC BANK F.S.B its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue their state court remedies as to the property commonly known as 1 Chapel Hill Court, Westmont, IL.

(2)  Rule 4001(a)(3) is not applicable and INDYMAC FEDERAL BANK FSB AKA INDYMAC BANK F.S.B may immediately enforce and implement this order granting relief from the automatic stay.

**NOTICE TO THE STANDING TRUSTEE:** The claim of INDYMAC FEDERAL BANK FSB AKA INDYMAC BANK F.S.B is hereby withdrawn. No further payments are to be disbursed to Movant on its Proof of Claim.

ENTER:

DATED:_____        _____
                                                                    UNITED STATES BANKRUPTCY JUDGE

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-10133**